# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 15, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

145612-3 (143)(144)
145622-3

MEGAN SMITH, NICOLE KELLY,
ROSHAWNDA WILLIAMS, and NICOLE
JOHNSON,
       Plaintiffs-Appellees,

v

DEPARTMENT OF HUMAN SERVICES
DIRECTOR,
       Defendant-Appellant.

SC: 145612-3
COA: 309447, 309894
Genesee CC: 11-097052-CZ

_____/

MEGAN SMITH, NICOLE KELLY,
ROSHAWNDA WILLIAMS, and NICOLE
JOHNSON,
       Plaintiffs-Appellants,

v

DEPARTMENT OF HUMAN SERVICES
DIRECTOR,
       Defendant-Appellee.

SC: 145622-3
COA: 309447, 309894
Genesee CC: 11-097052-CZ

_____/

      On order of the Chief Justice, the joint motion for extension of the time for filing the supplemental briefs as directed by the order of January 25, 2013 and the motion for immediate consideration are granted. The time for filing supplemental briefs is extended to March 18, 2013.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 15, 2013 _____

_____
Clerk